IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FOX VALLEY & VICINITY CONSTRUCTION WORKERS WELFARE FUND, *et al.*, ) ) ) Plaintiffs, ) ) vs. ) ) BAREFOOT CONCRETE COATINGS, LLC, ) an Illinois limited liability company, ) ) LINO R. CASTRO, an individual, ) ) Defendants. ) | CIVIL ACTION<br><br>NO. 22 C 5027<br><br>JUDGE RONALD A. GUZMAN |

**<u>MOTION FOR ENTRY OF JUDGMENT</u>**

NOW COME Plaintiffs, by their attorneys, default having been entered against the Defendants on January 26, 2023, request this Court enter judgment against Defendants, BAREFOOT CONCRETE COATINGS, LLC, an Illinois limited liability company, and LINO R. CASTRO, an individual, pursuant to F.R.Civ.P. Rule 55(b). In support of this Motion, Plaintiffs state:

1. On January 26, 2023, this Court entered default against Defendants and granted Plaintiffs' request for an order directing Defendants to turn over its monthly fringe benefit contribution reports for the time period February 2022 forward. The Court also entered an order that judgment would be entered after Plaintiffs' received the required contribution reports and determined the amounts due and owing from Defendant.

2. Prior to the court hearing on January 26, 2023, Plaintiffs' counsel received Defendant Barefoot Concrete Coatings, LLC's monthly fringe benefit contribution reports for the time period February 2022 forward. These reports indicate Defendants are delinquent in contributions to the

Funds only for the months of February 2022 and March 2022 in the amount of $40,347.00. (See Affidavit of David A. Dorfman).

3. Additionally, the amount of $4,034.71 is due for liquidated damages and $2,969.09 is due for interest. (Dorfman Aff. Par. 5, 6).

4. In addition, Plaintiffs' firm has expended $587.00 for costs and $2,319.50 for attorneys' fees in this matter. (See Affidavit of Catherine M. Chapman).

5. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $50,257.30.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment against Defendants, BAREFOOT CONCRETE COATINGS, LLC, an Illinois limited liability company, and LINO R. CASTRO, an individual, in the amount of $50,257.30.

/s/ Catherine M. Chapman

Catherine M. Chapman
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6204026
Telephone: (312) 216-2565
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

**CERTIFICATE OF SERVICE**

       The undersigned, an attorney of record, hereby certifies that I electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 17th day of February 2023:

       Lino R. Castro, Registered Agent
       Barefoot Concrete Coatings, LLC
       1378 Perry Street, Apt. 204
       Des Plaines, IL   60016-4389

       Office of the Secretary of State
       Department of Business Services
       Limited Liability Division
       Attn:  File #07521049
       501 S. Second Street, Room 351
       Springfield, IL   62756-1000

       /s/   Catherine M. Chapman

Catherine M. Chapman
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6204026
Telephone:  (312) 216-2565
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\Fvcwj\Barefoot Concrete\motion for entry of judgment.cmc.df.wpd