IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FOX VALLEY & VICINITY CONSTRUCTION WORKERS WELFARE FUND, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> BAREFOOT CONCRETE COATINGS, LLC, an Illinois limited liability company, <br><br> LINO R. CASTRO, an individual, <br><br> Defendants. | CIVIL ACTION <br><br> NO. 22 C 5027 <br><br> JUDGE RONALD A. GUZMAN |

**PLAINTIFFS' MOTION TO REOPEN CASE FOR
THE LIMITED PURPOSE OF ENFORCING THE
TERMS OF THE SETTLEMENT AND RELEASE AGREEMENT AND
ENTERING JUDGMENT AGAINST DEFENDANT AND LINO R. CASTRO**

NOW COME Plaintiffs, FOX VALLEY & VICINITY CONSTRUCTION WORKERS WELFARE FUND, *et al.*, by their attorneys, and move the Court for the entry of an order reopening this action for the limited purpose of enforcing the terms of the Settlement and Release Agreement entered into between the parties on March 14, 2023. In support of the Motion, Plaintiffs state as follows:

1. This action was originally brought by the Plaintiffs, the Trustees of the jointly-administered, labor-management employee benefit plans collectively known as the Fox Valley & Vicinity Construction Workers Fringe Bnefit Funds, alleging, *inter alia*, that Defendant Barefoot Concrete Coatings, LLC ("Barefoot") breached its obligations under the terms of the collective bargaining agreement entered into with Cement Masons' and Plasterers Local Nos. 5, 11 and 502, affiliated with the Northern Illinois District Council of the Operative Plasterers and Cement Masons

International Association, AFL-CIO, and the Agreements and Declarations of Trust under which the Plaintiff Funds are maintained. Specifically, Plaintiffs allege that Defendant failed to remit payment of contributions for work performed on its behalf by beneficiaries of the Plaintiff Funds. The Complaint was brought pursuant to the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §§1132, 1145.

2. On March 14, 2023, Defendant, Lino R. Castro ("Castro"), in his capacity as an officer of Defendant, Barefoot, and in his individual capacity, executed a Settlement and Release Agreement (a copy of the Settlement and Release Agreement is attached as Exhibit A).

3. On March 22, 2023, a Notice of Dismissal [Dkt. 24] was filed with this Court.

4. On March 23, 2023, this Court dismissed this cause of action pursuant to the parties' Notice of Dismissal without prejudice, and the Court retained jurisdiction to and including August 1, 2023 solely for the purpose of enforcing the settlement agreement (a copy of the Court's Notification of Docket Entry dated March 23, 2023 [Dkt. 25] is attached as Exhibit B).

5. Defendants agreed that they owed the total amount of $49,370.30 to be paid in four (4) monthly installments of $12,000.00 (with the last installment being in the amount of $13,370.30) from April 1, 2023 through July 1, 2023, as described in Paragraph 2 of the Settlement and Release Agreement.

6. Barefoot and Castro also promised to timely report and submit on a monthly basis the contributions due and owing during the time period March 2023 through February 2024, as described in Paragraph 3 of the Settlement and Release Agreement.

7. In the event of default in the payment of the installments described in Paragraph 2 and/or the contributions due as described in Paragraphs 2 and 3 of the Settlement and Release

Agreement, Barefoot and Castro shall be liable for the balance remaining unpaid under the Settlement and Release Agreement, plus liquidated damages and interest due on delinquent contributions for the time period March 2023 through February 2024, and additional attorneys' fees and costs incurred in enforcing the Settlement and Release Agreement.

8. Barefoot and Castro have submitted only one installment of $12,000.00, which was due on April 1, 2023. Accordingly, the installment payments due on May 1, 2023 and June 1, 2023 of $12,000.00 each are past due and the fourth/final installment of $13,370.30 is due by July 1, 2023.

9. For all the reasons stated, the Plaintiffs hereby move for entry of an order reopening this action for the limited purpose of enforcing the terms of the Settlement and Release Agreement and entering judgment against Barefoot and Castro. Specifically, Plaintiffs request:

A. That judgment be entered in favor of Plaintiffs and against Defendant, Barefoot Concrete Coatings, LLC, and Lino R. Castro, to include the amount of $37,370.30, being the total amount remaining due pursuant to the Settlement and Release Agreement.

B. That judgment be entered in favor of Plaintiffs and against Defendant, Barefoot Concrete Coatings, LLC, and Lino R. Castro, to include reasonable attorneys' fees in the amount of $693.00 incurred by the Plaintiffs as a result of having to enforce the terms of the Settlement and Release Agreement.

C. That Plaintiffs have such further relief as may be deemed just and equitable by the Court.

/s/   Catherine M. Chapman

Catherine M. Chapman
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL  60606-5250
Bar No.: 6204026
Telephone:  (312) 216-2565
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

## **CERTIFICATE OF SERVICE**

  The undersigned, an attorney of record, hereby certifies that I electronically filed the foregoing document (Motion to Reopen) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of <u>5:00 p.m.</u> this <u>10th</u> day of <u>July 2023</u>:

    Lino R. Castro, Registered Agent
    Barefoot Concrete Coatings, LLC
    1378 Perry Street, Apt. 204
    Des Plaines, IL  60016-4389

    Office of the Secretary of State
    Department of Business Services
    Limited Liability Division
    Attn:  File #07521049
    501 S. Second Street, Room 351
    Springfield, IL  62756-1000

            /s/   Catherine M. Chapman

Catherine M. Chapman
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL  60606-5250
Bar No.: 6204026
Telephone:  (312) 216-2565
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\Fvcwj\Barefoot Concrete\motion to reopen.cmc.df.wpd